IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ranga Brahmamdam, MD,       :

      Plaintiff(s),       :

      :       Case Number: 1:19cv152

vs.       :

      :       Judge Susan J. Dlott

Trihealth, Inc., et al.,       :

      Defendant(s).       :

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Karen L. Litkovitz filed on February 27, 2020 (Doc. 31), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired March 12, 2020, hereby

ADOPTS said Report and Recommendation.

Accordingly, it is ORDERED that defendants Trihealth G, LLC and Trihealth, Inc.'s

motion for judgment on the pleadings (Doc. 17) is DENIED AS MOOT.

IT IS SO ORDERED.

Judge Susan J. Dlott
United States District Court