IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| Ranga Brahmamdam, MD, | : | |
| --- | --- | --- |
| Plaintiff(s), | : | |
| | : | Case Number: 1:19cv152 |
| vs. | : | |
| | : | Judge Susan J. Dlott |
| Tri Health, Inc., et al., | : | |
| Defendant(s). | : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on February 10, 2020 (Doc. 26), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 24, 2020, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant Alexander's motion to dismiss (Doc. 12) is DENIED as MOOT. Defendant Alexander is GRANTED leave to file an answer or responsive pleading directed at the second amended complaint within thirty days.

IT IS SO ORDERED.

_____s/Susan J. Dlott_____
Judge Susan J. Dlott
United States District Court