# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| RANGA BRAHMAMDAM,<br>    Plaintiff, | Case No. 1:19-cv-152<br>Dlott, J.<br>Litkovitz, M.J. |
| vs. | |
| TRIHEALTH G, LLC, et al.,<br>    Defendants. | ORDER |

This matter came before the Court on September 15, 2021 for a telephone status conference. As addressed at the conference, the deadline for filing motions for summary judgment is **EXTENDED** to **ONE (1) WEEK** following the Court's ruling on defendant Margo Alexander's Motion for Leave to File Portions of Depositions and Exhibits Under Seal (Doc. 79).

**IT IS SO ORDERED.**

Date:  9/15/2021

Karen L. Litkovitz
Chief United States Magistrate Judge