# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 14, 2022

Ms. Deborah S. Adams
Mr. Mark J. Byrne
Ms. Theresa Nelson
Mr. Brice C. Smallwood

Re:  Case Nos. 22-3559/22-3560, *Ranga Brahmamdam v. Trihealth G, LLC, et al*
Originating Case No. : 1:19-cv-00152

Dear Sir or Madam,

   The Court issued the enclosed Order today in these cases.

                                    Sincerely yours,

                                    s/Connie A. Weiskittel
                                    Mediation Administrator

cc:  Mr. Richard W. Nagel
Enclosure

No mandate to issue

Case Nos. 22-3559/22-3560

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

RANGA BRAHMAMDAM

        Plaintiff/Counter-Defendant - Appellant/Cross-Appellee (Case No. 22-3559/22-3560)

v.

TRIHEALTH G, LLC; TRI-HEALTH, INC.;

        Defendants - Appellees (Case No. 22-3559)

MARGO ALEXANDER

        Defendant/Counter-Claimant - Appellee/Cross-Appellant (Case Nos. 22-3559/22-3560)

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the Motion for Voluntary Dismissal filed by the Appellant,

   It is **ORDERED** that these cases are dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                      **ENTERED PURSUANT TO RULE 33,**
                                      **RULES OF THE SIXTH CIRCUIT**
                                      Deborah S. Hunt, Clerk

Issued: July 14, 2022